CERTIFICATE OF SERVICE

I, Jody Nelson, certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of the complaint was made April 2, 2009 by:

☒ Mail Service: Regular, first class United States mail, postage fully prepaid, addressed to:

Estate of Hazel Belotti,
by and through its unknown Personal Representative
330 East Algrove Street
Covina, CA 91723-2608

☐ Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

☐ Residence Service: By leaving the process with the following adult at:

☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

☐ Publication: The defendant was served as follows: [Describe briefly]

☐ State Law: The defendant was served pursuant to the laws of the State of _____,
as follows: [Describe briefly]                                                                                         (name of state)

Under penalty of perjury, I declare that the foregoing is true and correct.

April 2, 2009                                                            _____
       Date                                                                               Signature

AKERMAN SENTERFITT
420 South Orange Avenue, Suite 1200
(P.O. Box 231, 32802-0231)
Orlando, FL 32801-4904

{O1391700;1}